JOHN GLADYSZ ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF PLAINVILLE ET AL.

MCDONALD, C. J., and KATZ and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16346.

*Hugh I. Manke,* in support of the petition.

*Lawrence J. Golden,* in opposition.

Decided July 13, 2000

BRENDEN P. LEYDON *v.* TOWN OF GREENWICH ET AL.

The Supreme Court docket number is SC 16356.

*Ralph G. Elliot,* in support of the petition.

*Brenden P. Leydon,* pro se, in opposition.

Decided July 13, 2000

## BRENDEN P. LEYDON *v.* TOWN OF GREENWICH ET AL.

The Supreme Court docket number is SC 16357.

*Mark R. Kravitz* and *Suzanne E. Wachsstock,* in support of the petition.

*Brenden P. Leydon,* pro se, in opposition.

Decided July 13, 2000

## STATE OF CONNECTICUT *v.* GALEN J. CYR

*Robert A. Lacobelle,* in support of the petition.